# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL MARKHAM et al.,<br><br>    Plaintiffs,<br>    v.<br>CITY OF SAN BERNARDINO et al.,<br><br>    Defendants. | Case No. 2:09-cv-08455-ODW(DTBx)<br><br>**ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |

On March 9, 2011, this Court ordered the parties to file 90-day status reports in this matter beginning on May 9, 2011. (ECF No. 26.) The parties submitted their most-recent status report on August 5, 2013, indicating that Defendant City of San Bernardino's bankruptcy remains pending and the automatic stay remains in effect. (ECF No. 50.) But as of November 5, 2013—90 days after August 5, 2013—the Court has received no additional status report. The Court therefore **ORDERS** the parties **TO SHOW CAUSE** by **Friday, November 8, 2013**, why this matter should not be dismissed for lack of prosecution. No hearing will be held. The Court will discharge this Order upon filing of a joint status report.

**IT IS SO ORDERED.**

November 5, 2013

                                    _____
                                              OTIS D. WRIGHT, II
                                      UNITED STATES DISTRICT JUDGE