# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TERRELL MARKHAM, SONJA EDWARDS AND TERRY MARKHAM, <br><br> Plaintiffs, <br> v. <br><br> CITY OF SAN BERNARDINO; ADAM AFFRUNTI; SERGEANT JAMES BEACH; SERGEANT RODNEY TOPPING; and DOES 1-10, inclusive, <br><br> Defendants. | 2:09-cv-08455-ODW( DTB) <br><br> **ORDER RE:** <br> **DISMISSAL WITH PREJUDICE OF DEFENDANTS** |

Pursuant to the Stipulation of Dismissal entered by and between Plaintiffs, Terrell Markham, Sonja Edwards and Terry Markham and Defendants City of San Bernardino, et al., by and through their respective counsel of records, the Court orders this case to be dismissed with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own respective attorneys' fees and costs.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: April 12, 2017

OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE